# LAW OFFICE OF BERNARD V. KLEINMAN, PLLC
## ATTORNEY - AT - LAW
108 VILLAGE SQUARE, SUITE 313
SOMERS, NY 10589-2305
TEL: (914) 644-6660    E-MAIL: ATTRNYLWYR@YAHOO.COM    FAX: (914) 694-1647

December 8, 2020

Hon. Sidney Stein
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Loftus v. FINRA, 20-cv-7290

Your Honor,

By this Letter Motion, Counsel jointly respectfully request that the Court adjourn the calendared Rule 16 Conference, currently on the calendar for Thursday, December 10th, 2020. See Court's Rules of Practice 1.E.

The Court originally set this date on October 21, 2020. Dkt. Entry No. 11.

On November 20, 2020 the Defendant moved for dismissal of the Plaintiff's Complaint. Dkt. Entry No. 16. After granting the Plaintiff an extension, the Plaintiff's Response is due on or before December 28, 2020, and any Reply on or before January 8, 2021. See Dkt. Entry No. 18.

The subject Motion is for a Dismissal of all Causes of Action in the Complaint.

There has been no previous request for any adjournment of this Rule 16 appearance.

It is respectfully requested that the Court adjourn the Rule 16 Conference, until such time as it has ruled on the pending Motion to Dismiss.

Respectfully submitted,

Bernard V. Kleinman, Esq.
Attorney for Plaintiff Loftus

John P. Michell, Esq.
Attorney for Defendant FINRA

The conference is adjourned to January 28, 2021, at 11:00 a.m.

Dated: New York, New York
December 9, 2020

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.