**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBERT LOFTUS,

                     Plaintiff,

      -against-                               20 **CIVIL** 7290 (SHS)

                                            **JUDGMENT**

FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC.,

                     Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 1, 2021, because this Court lacks subject-matter jurisdiction to review plaintiff's disciplinary record, and because plaintiff has no right to an expungement hearing, defendant's motion to dismiss the complaint is granted.

**Dated:** New York, New York

       February 2, 2021

                                                   **RUBY J. KRAJICK**

                                                   **Clerk of Court**
                        **BY:**      *K. Mango*

                                                   **Deputy Clerk**